IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  
Court Reporter: Paul Zuckerman  

Date: October 23, 2008

Criminal Action No. 99-cr-00300-MSK

| *Parties*: | *Counsel Appearing*: |
|---|---|
| UNITED STATES OF AMERICA, | Colleen Covell |
| Plaintiff, | |
| v. | |
| 3. RAUL ATAYDE, | Chris Kokkinakos |
| Defendant. | |

## COURTROOM MINUTES

HEARING: Law and Motion (#1041)

**4:46 p.m.    Court in session**.

Defendant is not present.

The Court addresses defendant's Motion for Retroactive Application of Sentencing Guidelines (Doc. #1041).

Statements from counsel for defendant and the Government.

Oral findings are made of record and incorporated herein.

**ORDER:** Defendant's Motion for Retroactive Application of Sentencing Guidelines **(Doc. #1041) is DENIED.**

**5:01 p.m.    Court in recess.**

**Total Time: 15 minutes.**
**Hearing concluded.**