# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| RAUL ATAYDE ) | Case No: 99-cr-00300-MSK-03 |
| ) | USM No: 29145-013 |
| Date of Previous Judgment: October 9, 2001 ) | Clifford J. Barnard, Appointed |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ❐  the Director of the Bureau of Prisons  ❐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

  X  DENIED.   ❐  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ **is reduced to** _____ .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

Previous Offense Level: _____    Amended Offense Level: _____
Criminal History Category: _____    Criminal History Category: _____
Previous Guideline Range: ____ to ____ months    Amended Guideline Range: ____ to ____ months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❐ The reduced sentence is within the amended guideline range.
❐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❐ Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  October 9, 2001, shall remain in effect.

**IT IS SO ORDERED**.

Order Date:  October 23, 2008      */s/ Marcia S. Krieger*
                                                      Judge's signature

Effective Date: _____      Marcia S. Krieger, U.S. District Judge
(if different from order date)                       Printed name and title